UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61133-CIV-ZLOCH

GARY SLUTSKY,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

GOLD KEY CREDIT, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal (DE 4) filed herein by Plaintiff Gary Slutsky. The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Notice Of Voluntary Dismissal (DE 4) filed herein by all Plaintiff Gary Slutsky be and the same is approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 31st day of May, 2011.

                                                      WILLIAM J. ZLOCH
                                                      United States District Judge

Copies furnished:

All Counsel and Parties of Record